# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | Case No. 2:17-cv-02077-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 32) |
| ADVANCE POLYBAG (NEVADA), INC., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's emergency motion for protective order regarding a deposition scheduled for April 6, 2018. Docket No. 32. The gist of the dispute is that one of Plaintiff's deponents is unavailable on the noticed date because of previously-scheduled vacation leave, and counsel have been unable to find a mutually agreeable alternative date. The Court begins by reminding counsel that "[d]iscovery is supposed to proceed with minimal involvement of the Court." *F.D.I.C. v. Butcher*, 116 F.R.D. 196, 203 (E.D. Tenn. 1986). Counsel should strive to be cooperative, practical and sensible, and should seek judicial intervention only in extraordinary situations that implicate truly significant interests. *Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1145 (D. Nev. 2015) (quoting *In re Convergent Techs. Securities Litig.*, 108 F.R.D. 328, 331 (N.D. Cal. 1985)). Had these principles been followed, the parties should have been able to agree on an alternative deposition date without resorting to Court intervention. The Court expects better cooperation moving forward.

Turning to the merits of the motion, courts may issue protective orders to avoid annoyance, embarrassment, oppression, or undue burden. Fed. R. Civ. P. 26(c). Here, Plaintiff's counsel indicated

to Defendant's counsel on March 22, 2018, that one of the deponents is not available on the noticed date. *See* Docket No. 32-1 at ¶ 5 (declaration of counsel); *see also* Docket No. 32-6 (declaration of deponent). Given the circumstances, the Court **GRANTS** the emergency motion for protective order and **VACATES** the deposition scheduled for April 6, 2018.

Counsel shall confer on a mutually agreeable alternative deposition date. To better facilitate the rescheduling of the deposition, the Court **EXTENDS** the discovery cutoff <u>for purposes of this deposition only</u> to April 26, 2018. All other deadlines in the scheduling order remain unchanged.

IT IS SO ORDERED.

DATED: April 5, 2018

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge