IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNION PACIFIC RAILROAD COMPANY,

    Plaintiff,

v.

ADVANCE POLYBAG (NEVADA), INC.,

    Defendant.

Case No. 2:17-cv-2077

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action that this matter be dismissed with prejudice, each party to pay their own costs.

WHEREFORE, parties pray that this action be dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of March 2019.

UNION PACIFIC RAILROAD COMPANY,

By: /s/Kyle Wallor
Kyle Wallor, Nebraska Bar No. 21346
Admitted *Pro Hac Vice*
LAMSON DUGAN & MURRAY LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-7300
kwallor@ldmlaw.com

and

Michael R. Kealy, Nevada Bar No. 971
Ashley Christine Nikkel, Nevada Bar No. 12838
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 760
Reno, Nevada 89501
(775) 323-1601
mkealy@parsonsbehle.com
anikkel@parsonsbehle.com

ADVANCED POLYBAG (NEVADA), INC., Defendant

By: /s/James A. Kohl
James A Kohl, Nevada Bar No. 5692
HOWARD & HOWARD, PLLC
300 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
(702) 257-1483
jak@h2law.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNION PACIFIC RAILROAD COMPANY,

    Plaintiff,

v.

ADVANCE POLYBAG (NEVADA), INC.,

    Defendant.

Case No. 2:17-cv-2077

**PROPOSED ORDER**

On this  28th  day of  March  2019, the parties advised the Court that all matters in controversy have been settled and request that this case be dismissed, with prejudice. After consideration, the Court is of the opinion that the request should be granted.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice, each party to bears its own costs.

SIGNED this  28th  day of  March , 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE